IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

v.    CASE NO. 4:19-mj- 53    (MSH)

ROBERT D. THORNTON JR.

THE UNITED STATES ATTORNEY CHARGES:

## COUNT I

### VIOLATION NO. 7934592

That on or about March 10, 2019, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, ROBERT D. THORNTON JR., a person under the age of 21, did unlawfully drive and was in actual physical control of a motor vehicle while his alcohol concentration was .02 grams or more; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-391(k)(1).

## COUNT II

### VIOLATION NO. 7934592

That on or about March 10, 2019, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, ROBERT D. THORNTON JR., did unlawfully drive and was in actual physical control of a motor vehicle while under the influence of alcohol to the extent that it was less safe for him to drive; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-391(a)(1).

## COUNT III

### VIOLATION NO. 7934591

That on or about March 10, 2019, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, ROBERT D. THORNTON JR., did unlawfully drive a motor vehicle at 106 miles per hour in a 55 mile per hour speed zone in reckless disregard for the safety of persons or property; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-390.

## COUNT IV

### VIOLATION NO. 7934593

That on or about March 10, 2019, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, ROBERT D. THORNTON JR., did unlawfully possess an open alcoholic beverage container in the passenger area of a motor vehicle which was on the roadway or shoulder of a public highway; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-253(b)(1)(B).

C.E. PEELER
UNITED STATES ATTORNEY

BY: JULIE M. NIPPER
SPECIAL ASSISTANT UNITED STATES ATTORNEY